

**ORDERED in the Southern District of Florida on May 7, 2014.**

**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

---

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

In re:                                              CASE NO. 13-36434-EPK
                                                    CHAPTER 7
**HEATHER DILLER,**

    **Debtor.**
_____/

### ORDER DENYING MOTIONS TO VALUE

The Court held an evidentiary hearing on May 5, 2014 to consider two motions filed by Heather Diller (the "Debtor"):  the *Motion to Value and Determine Secured Status of Lien on Real Property* at ECF No. 43 and the *Motion to Value and Determine Secured Status of Lien on Real Property* at ECF No. 45 (together, the "Motions").  For the reasons stated on the record, it is **ORDERED AND ADJUDGED** that:

    1.    The Motions [ECF Nos. 43 and 45] are DENIED.

    2.    The Clerk of Court shall close this case no earlier than two (2) weeks from the date of this order.

###

Copies furnished to:

Angelo A Gasparri, Esq.


*Angelo A Gasparri, Esq. is directed to serve a copy of this order on all appropriate parties and file a certificate of service.*